14 So.2d 590
### Knox WESSON v. STATE.
#### 6 Div. 164.

Supreme Court of Alabama.
July 16, 1943.

Rehearing Denied Aug. 7, 1943.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris, Asst. Atty. Gen., for the petition.

Beddow, Ray & Jones, of Birmingham, opposed.

PER CURIAM.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Wesson v. State, 14 So.2d 588.

Writ denied; judgment affirmed.

All the Justices concur, except BOULDIN, J., not sitting.